## J. M. SEIDENBERG, trading and doing business as The Mayflower Plumbing Supply Co., v. MIAMI BEACH FIRST NATIONAL BANK, a Florida Banking Corporation.

18 So. (2nd) 683            June Term, 1944
July 3, 1944            Division A
Rehearing Denied July 21, 1944

*Myron H. Lewis* and *David B. Newsom,* for appellant.

*Copeland, Therrell & Baisden,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.